TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00440-CR






Celeste Beard Johnson, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 9020236, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant's motion for stay of proceedings pending completion of the appellate
record is granted. Appellant's emergency request for stay of proceedings is dismissed.

This appeal is withdrawn from submission and abated pending the receipt of the
completed reporter's record. The court reporter for the 390th District Court, Ms. Sally M. King,
shall tender the record for filing no later than May 1, 2004. After the record is filed, the normal
briefing schedule will apply.


 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Filed: February 20, 2004

Do Not Publish